**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.<br><br>Defendants. | Civil Action No. 1:26-cv-02656 |

**DEFENDANTS' COMBINED MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT**

Defendants respectfully move this Court, pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 56(a), to dismiss Plaintiffs' Complaint, or, in the alternative, for entry of summary judgment in their favor on all claims asserted against them. A brief in support of this motion will be filed concurrently herewith.

**[SIGNATURE BLOCK ON FOLLOWING PAGE.]**

September 14, 2026

Respectfully submitted,

STANLEY E. WOODWARD, JR.
Associate Attorney General

*/s/ Landen P. Benson*

MATTHEW C. ZORN
Senior Counsel to the
Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
matthew.zorn2@usdoj.gov

LANDEN P. BENSON
Special Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
landen.benson@hhs.gov

*Counsel for Defendants*