**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.<br><br>Defendants. | Civil Action No. 1:26-cv-02656 |

**[PROPOSED] ORDER**

**NOW**, this _____ day of _______________, 2026, upon consideration of Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment, the consolidated brief in support thereof, and any responses and replies thereto, it is hereby

**ORDERED** that Defendants' Motion to Dismiss is **GRANTED**; or in the alternative, and it is further hereby

**ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Complaint is **DISMISSED**.

______________________________
CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE
DISTRICT OF COLUMBIA